IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

POPSOCKETS LLC,

    Plaintiff,                                          ORDER

    v.                                                     18-cv-588-wmc

DOZTRADING LLC, DOZCELL LLC
and MEHMET DOZ,

    Defendants.
_____

A hearing was held before the court today, April 30, 2019, on plaintiff PopSockets, LLC's motion for contempt order against defendants DozTrading LLC, DozCell LLC and Mehmet Doz (collectively "defendants"). (Dkt. #26.) Plaintiff appeared by Jennifer Gregor of the Godfrey & Kahn S.C. law firm and Michelle Bolos of the Marshall Gerstein & Borun LLP law firm. All defendants failed to appear.

Based on plaintiff's submission showing defendants failed to make reasonable and diligent efforts to comply with the Consent Judgment entered by the court on October 30, 2018 (dkt. #25), and defendants' failure to dispute this showing and defendants' failure to appear in response to the court's order to show cause, the court ORDERS AS FOLLOWS:

1. PopSockets Motion for Contempt (dkt. #26) is GRANTED.
2. Defendants, their agents, servants, employers, attorneys, and all those acting in privity, concert, or participation with any of them are ENJOINED from all actions

1

consisting or causing any further breach of the October 30, 2018 Order, including, but not limited to, immediately and permanently:

   a. cease importing, making, use, selling, and/or offering for sale products that infringe PopSockets' Patents or any colorably similar products;

   b. cease all use of any graphics that are identical or strikingly or substantially similar to any of the works in PopSockets' Copyrights;

   c. cease all use of PopSockets' Trademarks and/or confusingly similar variations of PopSockets' Trademarks;

   d. cease distribution of emails that advertise, market, promote, and/or offer to sell products that infringe PopSockets' Patents, PopSockets' Trademarks, and/or PopSockets' Copyrights; and

   e. remove PopSockets' Trademarks and/or confusingly similar variations, products that infringe PopSockets' Patents, and any graphics that are identical or strikingly or substantially similar to any of the works of art in PopSockets' Copyrights that appear on any materials associated with Defendants, including, but not limited to: *doztrading.com, wholesalebestsellers.com, dozpromo.com, and dozcell.com*.

3. All online and/or host service providers for the domain name on any website registered by defendants or their agents, servants, employers, attorneys, and all those acting in privity, concert, or participation with any of them (e.g., DozWeb) that currently or in the future contains an infringing product listing, including a listing that infringes PopSockets' trademarks, PopSockets' copyrights and/or

PopSockets' patents ARE DIRECTED TO TERMINATE the domain name and any associated services, including but not limited to any content hosted by the provider (e.g., e-commerce platform or email services), such that the domain name's content is not accessible to consumers.

4. Plaintiff is AWARDED its reasonable costs, attorney fees, and expenses associated with this motion for contempt.

5. Plaintiff is AWARDED PopSockets' profits that defendants' obtained from sales of the products that infringe PopSockets' patents in violation of the Consent Judgment.

6. Plaintiff may have until May 30, 2019, to supplement its request for fees, costs and profits with a showing of its time records, invoices paid and invoices outstanding, as well as defendants' relevant product sales and resulting profits. Plaintiff may file these records under seal.

Entered this 30th day of April, 2019.

BY THE COURT:

/s/
_____
WILLIAM M. CONLEY
District Judge